**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ryan C. Carlson v. Wells Fargo Bank, NA

Appellate case number:   01-18-00802-CV

Trial court case number: 17-CV-1558

Trial court:                   212th District Court

      Appellant filed a statement of inability to afford payment of court costs in the trial court. The appellate record does not indicate that the trial court overruled the party's claim of indigence. *See* TEX. R. APP. 20.1(b)(1).  Appellant also filed a statement of inability to afford payment of court costs in this Court.  We construe appellant's filing as his communication that he is presumed indigent.  *See* TEX. R. APP. 20.1(b)(2).  Appellant may therefore proceed on appeal without payment of costs.  *See* TEX. R. APP. P. 20.1(b)(1).

      The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs.  *See* TEX. R. APP. P. 20.1(b)(1).

      The trial court clerk is **ORDERED** to provide a complete copy of the clerk's record and the reporter's record to appellant without charge.

Judge's signature: _____/s/ Sherry Radack_____
             ☒  Acting individually    ☐  Acting for the Court

Date:  _November 20, 2018___